# UNITED STATES DISTRICT COURT

``                                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

  v.                                    **APPEARANCE**

ANJELIQUA ROSAS,
    Defendant.                Case Number:    08MJ2147

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for

 ANJELIQUA ROSAS

 I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD   246757 |
| | Print Name             Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number        Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: July 17, 2008 | ____/s/ Joseph McMullen_____<br>JOSEPH McMULLEN<br>Federal Defenders of San Diego, Inc.<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030<br>(619) 234-8467 (tel)<br>(619) 687-2666 (fax)<br>e-mail: Joseph_McMullen@fd.org |